IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bonnie Smith<br>aka Bonnie Bencardino Smith<br>aka Bonnie Bencardino<br>         Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust<br>         Movant<br><br>Bonnie Smith<br>aka Bonnie Bencardino Smith<br>aka Bonnie Bencardino<br>Jack N Zaharopoulos, Trustee<br>         Respondents | Case No.: 5:21-bk-02288-MJC<br><br>Chapter: 13<br><br>Judge Mark J. Conway |

**SETTLEMENT STIPULATION RESOLVING CREDITOR, SN SERVICING CORPORATION AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES IV TRUST'S LIMITED OBJECTION TO DEBTOR'S MOTION TO SELL PROPERTY**

AND NOW, upon the Motion of Debtor, Bonnie Smith aka Bonnie Bencardino Smith aka Bonnie Bencardino (the "Debtor") for Sale of the Property located at 369 Hawk Road, Saylorsburg, PA 18353 (the "Property"), and the Limited Objection of Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust (the "Creditor"), it is hereby agreed as follows:

1. Debtor has entered into an Agreement of Sale for the sale of the Property for the amount of $330,000.00.

2. The current payoff amount to pay Creditor's loan in full is approximately $234,693.34, good through February 10, 2022. Should the sale of the Property not take place on or before February 10, 2022, Debtor shall request an updated payoff amount from Creditor.

3. Creditor's Claim shall be paid in full from the proceeds of the sale of the Property, absent further Order of the Court.

4. The parties request that this Honorable Court approve this Stipulation.

Dated: January 19, 2022

/s/ Lauren M. Moyer
Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
*Attorney for Creditor*

Dated: 1/19/2022

Robert J Kidwell, III, Esquire
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360
*Attorney for Debtor*

Dated: 1/25/22

for Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Chapter 13 Trustee*